EXPRESS FREIGHT LINES, INC., *v.* DEPARTMENT
OF REVENUE

DETROIT-PITTSBURGH MOTOR FREIGHT, INC., *v.* SAME

LIBERTY HIGHWAY COMPANY *v.* SAME

This case is controlled by *Armco Steel Corporation* v. *Department of Revenue,* 359 Mich 430.

Appeal from Court of Claims; Smith (Richard G.), J., presiding. Submitted October 12, 1960. (Docket Nos. 69–71, Calendar Nos. 48,494–48,496.) Decided January 9, 1961.

Claim by Express Freight Lines, Inc., a Wisconsin corporation, against the State of Michigan, Department of Revenue, and Louis M. Nims, commissioner, for refund of business activities taxes paid under protest. Similar actions by Detroit-Pittsburgh Motor Freight, Inc., an Ohio corporation, and Liberty Highway Company, an Ohio corporation. Cases consolidated on hearing and appeal. Judgments for defendants. Plaintiffs appeal. Affirmed.

*Judson B. Robb,* for plaintiffs.

*Paul L. Adams,* Attorney General, *Samuel J. Torina,* Solicitor General, *T. Carl Holbrook, Philip Wuntner,* and *William D. Dexter,* Assistant Attorneys General, for defendants.

*Amicus curiae:*

*Butzel, Eaman, Long, Gust & Kennedy,* for Lakehead Pipe Line Company, Inc.

KAVANAGH, J. Decision and opinion of the Court in *Armco Steel Corporation* v. *Department of Revenue*, 359 Mich 430, are dispositive of all issues raised on appeal in this case.

Affirmed, without costs.

DETHMERS, C. J., and CARR, KELLY, SMITH, BLACK, EDWARDS, and SOURIS, JJ., concurred.